928

No. 99–34.  YANKTON SIOUX TRIBE *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 99–44.  PARADISSIOTIS *v.* SUMMERS, SECRETARY OF THE TREASURY, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 99–59.  NEW MEXICO TAXATION AND REVENUE DEPARTMENT *v.* RAMAH NAVAJO SCHOOL BOARD, INC., ET AL.; and
No. 99–228.  RAMAH NAVAJO SCHOOL BOARD, INC., ET AL. *v.* NEW MEXICO TAXATION AND REVENUE DEPARTMENT.  Ct. App. N. M.  Certiorari denied.  Reported below: 127 N. M. 101, 977 P. 2d 1021.

No. 99–65.  FELDMAN *v.* CHUNG WU HO ET AL.  C. A. 7th Cir. Certiorari denied.

No. 99–71.  KOSTMAYER ET AL. *v.* DEPARTMENT OF THE TREASURY ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 99–75.  KAPLAN *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–80.  CALLAHAN *v.* SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES.  Ct. App. N. Y.  Certiorari denied.

No. 99–86.  WHEELING & LAKE ERIE RAILWAY CO. *v.* PENNSYLVANIA PUBLIC UTILITY COMMISSION ET AL.; and
No. 99–234.  PENNSYLVANIA PUBLIC UTILITY COMMISSION ET AL. *v.* WHEELING & LAKE ERIE RAILWAY CO.  C. A. 3d Cir. Certiorari denied.  Reported below: 141 F. 3d 88.

No. 99–99.  STATE LINE HOTEL, INC. *v.* BUDDENSICK.  Ct. App. Utah.  Certiorari denied.

No. 99–104.  COUNTY OF HAWAII *v.* ANDERSON.  C. A. 9th Cir. Certiorari denied.

No. 99–106.  FRATERNAL ORDER OF POLICE *v.* UNITED STATES. C. A. D. C. Cir.  Certiorari denied.

No. 99–107.  LUNDELL *v.* WATKINS ET UX.  C. A. 8th Cir. Certiorari denied.